# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

159173 & (90)

MCNA INSURANCE COMPANY, d/b/a
MCNA DENTAL,
         Petitioner-Appellant,

v

DEPARTMENT OF TECHNOLOGY,
MANAGEMENT AND BUDGET,
         Respondent-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159173
COA: 342646
Ingham CC: 18-000034-AA

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 15, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



s0402

                 Clerk